UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                                                             :   10 Cr. 569 (LGS)
            -against-                                        :   17 Cr. 244 (LGS)
                                                             :
KIRK JAMES,                                                  :   ORDER
                                            Defendant.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status was held on September 12, 2024.  It is hereby

**ORDERED** the parties shall file a joint prehearing letter by **October 8, 2024,** advising the Court of their proposed witnesses, the likely duration of their direct testimony and a brief summary of the nature or substance of the testimony.  It is further,

**ORDERED** that an evidentiary hearing regarding the Probation Department's Violation of Supervised Release Report and Petition dated July 3, 2024, will be held on **October 22, 2024, at 10:30 a.m**.

Dated: September 16, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**