UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                  10 Cr. 569 (LGS)
                                  17 Cr. 244 (LGS)

                -against-

                                  <u>ORDER</u>

    KIRK A. JAMES,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the sentencing hearing currently scheduled for March 25, 2025, is adjourned to **April 14, 2025, at 10:00 a.m**.

Dated: March 21, 2025
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**